UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALBERT SEBASTIAN HERNANDEZ** | * | **CIVIL ACTION NO.:** |
| | * | |
| **VERSUS** | * | **DISTRICT JUDGE:** |
| | * | |
| **JAMES W. McNEAL, KONEXIS** | * | |
| **ENTERPRISES, LLC, NATIONAL** | * | **MAGISTRATE JUDGE:** |
| **SPECIALTY INSURANCE COMPANY** | * | |
| **JULIO SMITH AND EUSTIS** | * | **JURY DEMAND** |
| **INSURANCE, INC.** | * | |

**********************************************

## NOTICE OF REMOVAL

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

NOW INTO COURT, through undersigned counsel, comes Defendant, National Specialty Insurance Company, which respectfully avers as follows:

1.

On or about April 30, 2018, plaintiff, Albert Sebastian Hernandez, filed a Petition for Damages in the 40th Judicial District Court for the Parish of St. John The Baptist, State of Louisiana, naming James McNeal, Konexis Enterprises, LLC, National Specialty Insurance Company, Julio Smith and Eustis Insurance, Inc. as defendants. That suit bears docket number 72106 and is captioned *Albert Sebastian Hernandez v. James*

*McNeal, Konexis Enterprises, LLC, National Specialty Insurance Company, Julio Smith and Eustis Insurance, Inc."* A copy of said Petition for Damages are attached hereto as Exhibit "A".

2.

Service of the Petition for Damages was requested on National Specialty Insurance Company, and National Specialty Insurance Company was served on or about June 20, 2018.

3.

Service of the Petition for Damages was requested on James McNeal and Konexis Enterprises, LLC through the Louisiana Long Arm Statute. As of the date of the filing of this Notice of Removal, neither James McNeal nor Konexis Enterprises, LLC have been served. Undersigned counsel will represent James McNeal and/or Konexis Enterprises, LLC if and when those parties are properly served with process. Without waiving the formal requirements of service of process, James McNeal and Konexis Enterprises, LLC join in and consent to this removal.

4.

Service of the Petition for Damages was requested on Julio Smith, and Julio Smith was served on or about June 18, 2018. As is discussed in more detail below, Julio Smith is an improperly and/or fraudulently joined defendant. Accordingly, his consent and joinder in this removal is not required.

5.

Eustis Insurance, Inc., was sued as the alleged insurer of Julio Smith. Because Eustis Insurance, Inc. is an improperly and/or fraudulently named defendants, its joinder and/or consent to this removal is not required.

6.

It was not facially apparent from plaintiff's Petition for Damages that the case was removable to this Court. Specifically, it was not facially apparent from the Petition for Damages that the amount in controversy exceeded $75,000, as is required for a removal under diversity of citizenship, as the Petition was silent, or at best, its allegations were vague and ambiguous with respect to the amount in controversy. There was no specific allegation as to whether the amount in controversy exceeded $75,000, exclusive of interest and costs, as required by Article 893 of the Louisiana Code of Civil Procedure.

7.

On November 1, 2018, Plaintiff provided undersigned counsel with medical records along with a settlement demand in the amount of $120,000. The settlement demand and medical records alleged that Plaintiff requires shoulder surgery as a result of the subject accident. (See attached Exhibit "B", settlement demand from plaintiff's counsel dated November 1, 2018.)

8.

Plaintiff's medical records produced with his settlement demand show that he allegedly sustained a torn rotator cuff and labrum and has been recommended for arthroscopic surgery by his physician. (See attached Exhibit "C", medical records from Dr. F. Allen Johnston.)

9.

Based upon plaintiff's medical records and his settlement demand, it is clear that the amount in controversy exceeds $75,000, exclusive of interest and costs.

10.

This Notice of Removal was filed within thirty (30) days of receipt of plaintiff's settlement demand and medical records, which was the first paper from which it could be ascertained that the case was removable.  Accordingly, this Notice of Removal is timely.

11.

Plaintiff, Albert Sebastian Hernandez, is a citizen of the State of Louisiana.  (See plaintiff's Petition for Damages, attached as Exhibit "A".)

12.

Defendant, James W. McNeal, is a citizen of the State of Texas.  (See plaintiff's Petition for Damages, attached as Exhibit "A".)

13.

Defendant, Konexis Enterprises, LLC, is a limited liability company formed under the laws of the State of Texas and having its principal place of business in the State of Texas.  The sole member of Konexis Enterprises, LLC is Caroline Murigi, a citizen of the State of Texas.

14.

Defendant, National Specialty Insurance Company is a foreign insurer incorporated under the laws of the State of Texas and having its principal place of business in the State of Texas.  (See attached Exhibit "D", information from Louisiana Department of Insurance.)

15.

Although plaintiff sued Julio Smith and Eustis Insurance, Inc., as his alleged insurer, Julio Smith was a co-employee of Plaintiff, and both Mr. Smith and plaintiff were in the course and scope of their employment with Cable-Lock Foundation Repair, Inc., at the time of the accident sued upon. As such, Julio Smith is immune from tort liability to plaintiff, his co-employee. Plaintiff's sole remedy for claims against Julio Smith are for workers' compensation benefits. As such, Julio Smith and Eustis Insurance, Inc., are improperly and/or fraudulently joined defendants. As such, the citizenship of those entities should be disregarded, and their consent to this removal is not required. See *Cuevas v. BAC Home Loans Servicing, L.P.,* 648 F.3d 242, 249 (5th Cir. 2011); *Jernigan v. Ashland Oil, Inc.*, 989 F.2d 812, 815 (5th Cir. 1993).

16.

Accordingly, there is complete diversity of citizenship between plaintiff, Albert Sebastian Hernandez, and the only properly joined defendants, James McNeal, Konexis Enterprises, LLC and National Specialty Insurance Company.

17.

In accordance with the foregoing, this is a civil action over which this Court has original jurisdiction pursuant to 28 USC § 1332(a) and is one which may be removed to this Court by defendant, pursuant to 28 USC § 1441, in that it is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

18.

In accordance with 28 USC § 1446(d), defendant will provide appropriate notice of this removal to the parties and to the Clerk of Court for the 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana.

**JURY DEMAND**

Defendant is entitled to and requests trial by jury on all issues herein.

WHEREFORE Defendant, National Specialty Insurance Company, prays that the action entitled "*Albert Sebastian Hernandez v. James McNeal, Konexis Enterprises, LLC, National Specialty Insurance Company, Julio Smith and Eustis Insurance, Inc.*", bearing docket number 72106 on the docket of the 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana, be removed from that state court docket to the United States District Court for the Eastern District of Louisiana

Respectfully submitted,

*Mouledoux, Bland, Legrand and Brackett, LLC*

*/s/ Gerard J. Dragna*
_____
**GERARD J. DRAGNA, #23042
C. MICHAEL PARKS, #19727
J. EDWARD McAULIFFE, III, 33969**
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Tel: (504) 595-3000; Fax: (504) 522-2121
Email: gdragna@mblb.com
Email: mparks@mblb.com
Email: emcauliffe@mblb.com
***Attorneys for National Specialty Insurance Company***

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, on this 30th day of November, 2018, at their last known address of record.

*/s/ Gerard J. Dragna*
_____
**GERARD J. DRAGNA**

h:\1211\18227- cocom and guerrero\pleadings\hernandez\removal\notice of removal-fed ct.docx